UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MATTHEW D. WILLIAMS

      v.                                        Civ. NO. 3:15 CV 673 (RNC) (DFM)

RUSHMORE LOAN MANAGEMENT SERVICES LLC.

NOTICE OF SETTLEMENT

On July 31, 2018, the parties agreed to a monetary settlement. Plaintiff expects that the settlement documents will soon be finalized and the agreed-upon payment will be made by September 15, 2018.

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
123 Avon St
New Haven, CT  06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on August 30, 2018, a copy of within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137