UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MATTHEW D. WILLIAMS<br>　　Plaintiff, | ) | 3:15-CV-673 (RNC) |
| | ) | |
| v. | ) | |
| | ) | |
| RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC | ) | |
| | ) | |
| 　　Defendant. | ) | |
| | ) | November 13, 2018 |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant hereby stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

FOR THE PLAINTIFF

By /s/ Joanne S. Faulkner
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
(203) 772-0395

FOR THE DEFENDANT

By: /s/Donald E. Frechette
Donald E. Frechette (ct08930)
Tara L. Trifon (ct28415)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Phone: 860-541-7713
Fax: 888-325-9086
Email: donald.frechette@lockelord.com
Email: tara.trifon@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                            */s/ Donald E. Frechette*
                                            Donald E. Frechette